Daniels, G

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF & BROWNE LLP
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GREAT AMERICAN INSURANCE COMPANY, :

                *Plaintiff*, : **16 Civ. 1642 (GBD)**

-against- :

                                **NOTICE OF**
UNIVERSAL LOGISTICS GROUP INC.,        **DISCONTINUANCE**

               *Defendant*.
------------------------------------- x

Plaintiff Great American Insurance Company, through undersigned counsel hereby discontinues this action without costs pursuant to F.R.C.P. 41(a)(1)(A). The Defendant has not appeared, answered, or filed a motion for summary judgment.

Dated: June 23, 2016
       Rye, New York

MALOOF BROWNE & EAGAN LLC

By: _/s/ Thom M. Eagan_
David T. Maloof, Esq.
Thomas M. Eagan, Esq.
411 Theodore Fremd Ave., Suite 190
Rye, NY 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Emails: dmaloof@maloofandbrowne.com
          teagan@maloofandbrowne.com

**SO ORDERED:**

JUN 29 2016

_/s/ George B. Daniels_
U.S.D.J.